# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LANDON CAIN OWENS** | **CIVIL ACTION NO. 22-2139** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **WYDETTE WILLIAMS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 42] having been considered, together with the Objection [Doc. No. 44] filed by Plaintiff Landon Cain Owens ("Owens") and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Secretary James Leblanc, claims against Sheriff Wydette Williams, and requests for transfer, medical care, prosecution and investigation of defendants, and other injunctive relief are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 11th day of May 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE